## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL DICKSON, <br> AIS #55289, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| vs. | ) <br> ) | CIV. ACT. NO. 1:21-cv-231-TFM-N |
| SAM HOUSTON, *Deputy Warden, Mobile County Metro Jail*, | ) <br> ) <br> ) <br> ) | |
| Respondent. | ) | |

### MEMORANDUM OPINION AND ORDER

On June 30, 2021, the Magistrate Judge entered a report and recommendation which recommends dismissal of this petition for writ of habeas corpus under 28 U.S.C. § 2254 and a finding that Petitioner is not entitled to either a Certificate of Appealability of to appeal *in forma pauperis*. *See* Doc. 9. Petitioner timely filed objections. *See* Docs. 11-12. As such, the recommendation is ripe for review.

The Court reviewed Petitioner's objections and find they do not overcome the well-reasoned analysis of the Magistrate Judge. Specifically, Petitioner contends he had no opportunity to pursue his state court remedies due to never getting any relief by the state court. Whether or not relief is granted does not negate the fact this Court cannot review a petition under § 2254 unless he has first pursued and exhausted those state court remedies. In his second batch of objections, Petitioner states he did exhaust those remedies available to him. However, as noted by the Report and Recommendation, the record reflects otherwise. As such, Petitioner's objections are overruled.

After due and proper consideration of the issues raised, and a *de novo* determination of

those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 9) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Michael Dickson's petition (Doc. 4) is **DISMISSED without prejudice** for failure to exhaust state court remedies.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 2nd day of August, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE