IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DICKSON,** **AIS #55289,** | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-231-TFM-N ) |
| **SAM HOUSTON,** *Deputy Warden, Mobile County Metro Jail*, | ) ) ) |
| Respondent. | ) ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Michael Dickson's habeas corpus petition, filed pursuant to 28 U.S.C. § 2254 (Doc. 4) is **DISMISSED without prejudice** for failure to exhaust state court remedies. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 2nd day of August, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE